UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | PO-17-5017-GF-JTJ |
| Plaintiff, | Ticket Number: 6429729<br>Location Code: M12<br>Disposition Code: PP |
| vs. | |
| JI LEE, | JUDGMENT IN A CRIMINAL CASE |
| Defendant. | |

The Defendant, JI Lee, was present in court and entered a plea of guilty to the charge of EXCEEDING POSTED SPEED LIMIT.

The court imposes the following sentence under the Sentencing Reform Act of 1984:

1. Defendant must pay a fine in the amount of $35.00 plus $30.00 Special Assessment for EXCEEDING POSTED SPEED LIMIT for a total of $65.00. The fine has been paid in full, receipt number MTX400011302.

Under 18 U.S.C. §§ 3402 & 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the judgment of conviction and sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, serving a copy of the statement upon the United States Attorney (personally or by

mail), and filing a copy with Magistrate Judge Johnston.  If Defendant appeals, he will be required to pay a $38 fee under 28 U.S.C. § 1914, Fee Schedule, subsection (10), at the time of filing his appeal.  He also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape, or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court."  Fed. R. Crim. P. 58(g)(2)(C).

Date of Imposition of Judgment: April 20, 2017.

DATED this 3rd day of May, 2017

John Johnston
United States Magistrate Judge